UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM KEITH ROBEY,            )
                                )
          Plaintiff             )
                                )
     vs.                        )     Case No.  2:09-cv-01532-KOB-HGD
                                )
PRISON HEALTH SERVICES,         )
INC., et al.,                   )
                                )
          Defendants            )

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 3, 2011, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law.  Accordingly,

defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 2nd day of March 2011.

                                                KARON OWEN BOWDRE
                                                UNITED STATES DISTRICT JUDGE